JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WEBB and ROES 1-50 on behalf of themselves and in a representative capacity for all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHA AND OMEGA SERVICES, INC.; FRANK KELLER; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 5:16-cv-01609-RGK-KK<br><br>JUDGMENT<br><br>NOTE: CHANGES MADE BY THE COURT |

The Court, having reviewed the parties' Stipulation for Judgment, and good cause appearing, hereby ORDERS:

1. As to the Parties in this case, in connection with the claims brought pursuant to the Fair Labor Standards Act, and from Alpha and Omega Services, Inc.:

    a. Allen Martin shall recover $510.00;

    b. John Kliever shall recover $552.50;

    c. Michael Webb shall recover $5,482.73;

    d. Rebecca Hastings shall recover $12,213.02; and

    e. JacksonLaw, LLP is awarded $42,000.00 in fees and costs.

2. As to the Parties in this case, in connection with his claims for violations of California's wage and hour

laws, Michael Webb shall recover $88,391.75 from Alpha and Omega, Inc.

3. As to the Parties in this case, in connection with Michael Webb's claims for civil penalties pursuant to California Private Attorneys General Act, Michael Webb shall recover $850.00 from Alpha and Omega Services, Inc. and shall pay that sum to the California Labor Workforce Development Agency.

4. The above judgments total $150,000. Alpha and Omega Services, Inc. is ORDERED to forward $75,000 of that amount to plaintiffs' counsel within 30 days after entry of this Order and is further ordered to pay an additional installment of $15,000 to plaintiffs' counsel on or before each of the following dates: August 1, 2018; August 1, 2019; August 1, 2020; August 1, 2021; and August 1, 2022. JacksonLaw, LLP is ORDERED to forward the entirety of the amounts due to California's Labor Workforce Development Agency and each of the above named Fair Labor Standards Act plaintiffs promptly upon receipt of the first $75,000 payment.

5. Except as stated otherwise herein, all parties are to be responsible for the payment of their own attorneys fees and cost.

IT IS SO ORDERED.

//

Date: June 22, 2017

_____
R. Gary Klausner
United States District Judge